UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS MILLBANK,<br><br>Defendants. | 2:25-cv-0782-CKD P<br><br><br><br>ORDER |

Plaintiff is in custody at the El Dorado County Jail and seeks relief under 42 U.S.C. § 1983. He proceeds in forma pauperis and without counsel. By order signed on August 19, 2025, the undersigned screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined the allegations failed to state a claim. Plaintiff was granted leave to file an amended complaint. (ECF No. 6.) Plaintiff has not filed an amended complaint or requested an extension of time to do so. In multiple requests, plaintiff has requested a copy of the original complaint and the form for an amended complaint. (ECF Nos. 8, 9, 10.) As a one-time courtesy in this case, the court will provide a copy of the original complaint.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is DIRECTED to send plaintiff a copy of the original complaint filed on March 10, 2025, and the form for a civil rights complaint.

////

1

2. Sua sponte, the court grants plaintiff 30 days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  October 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, hill0782.36fac.cc

2